**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **ERICA GIBSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:26-cv-01923** |
| | ) | |
| **A.W. HOLDINGS, LLC -- MISSOURI d/b/a BENCHMARK HUMAN SERVICES** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S OPERATIVE PLEADING**

Defendant A.W. Holdings, LLC – Missouri d/b/a Benchmark Human Services ("Defendant") moves the Court for an extension of time to answer or otherwise respond to Plaintiff's Complaint. In support of this Motion, Defendant states as follows:

1. Plaintiff filed her Petition for Employment Discrimination and Unlawful Retaliation on September 25, 2026, alleging various claims pursuant to Title VII and the Misouri Human Rights Act against Defendant.

2. Defendant was served on October 6, 2026.

3. Defendant removed this matter to federal court on November 6, 2026, making its responsive pleading due on November 13, 2026.

4. Counsel for Defendant needs additional time to evaluate the factual allegations asserted in the Petition and file responsive pleadings on behalf of Defendant. In addition, Defendant's lead counsel has been out of town for a conference and a court appearance, an also is scheduled for a medical procedure that will require him to be out of the office for approximately a

week. Accordingly, Defendant respectfully requests an extension of time, up to and including November 23, 2026, to file its responsive pleading.

5. This request is not made for any improper purpose, and no party will suffer any prejudice if the requested extension is granted.

6. This is the first request for extension of this deadline sought by Defendant and the proposed extension is sought in the interest of judicial economy.

7. Plaintiff's counsel does not object to this requested extension.

8. Defendant will submit a proposed order granting this Motion contemporaneously with the filing of this motion for the Court's consideration.

WHEREFORE, Defendant A.W. Holdings, LLC – Missouri d/b/a Benchmark Human Services respectfully requests an extension of time to November 23, 2026 to file its responsive pleading as to Plaintiff's Petition (Complaint), and for such further relief as the Court deems just and proper.

Respectfully submitted,

/s/ *Grant L. Heiman*
J. Randall Coffey, MO Bar # 35070
Grant L. Heiman, MO Bar # 79111
**FISHER PHILLIPS LLP**
4622 Pennsylvania Ave, Suite 910
Kansas City, Missouri 64112
Phone: (816) 842-8770
Fax: (816) 842-8767
Email: rcoffey@fisherphillips.com
gheiman@fisherphillips.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November 2026, the above and foregoing document was filed and served via the Court's electronic filing system, which sent notice to the following:

Thomas F. Herring, MO #71932
Brady L. Root, MO #75740
**HERRING & ROOT, LLC**
2258 Grissom Dr.
St. Louis, Missouri 63146
Email: tfh@herringandroot.com

*ATTORNEYS FOR PLAINTIFF*

*/s/ Grant L. Heiman*
Attorney for Defendant